UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022

JUAN ORTEGA, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

WM B. REILY & COMPANY, INC.,

                Defendant.

21-cv-10293-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      In light of the Parties' continuing mediation, the status conference currently scheduled for June 29, 2022 is hereby adjourned to August 24, 2022 at 2:30pm. The Parties are directed to file a joint letter within three business days of the scheduled mediation regarding the status, but not substance, of settlement discussions. SO ORDERED.

SO ORDERED.

Dated:   June 27, 2022
          New York, New York

                                            MARY KAY VYSKOCIL
                                            United States District Judge