**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUAN ORTEGA,

                      Plaintiff,           **ORDER**

      -against-                        **21-CV-10293 (JW)**

WM B. REILY & COMPANY, INC.

                     Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 27, 2022, the Parties filed a letter requesting an adjournment of a scheduled conference, as the Parties have reached a settlement in principle. Dkt. No. 23. The request for an adjournment is GRANTED. The Parties are directed to either file their papers, or in lieu of those a status update letter, by **August 31, 2022**.

SO ORDERED.

DATED:   New York, New York
             August 1, 2022

                                                     _____
                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge